UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHOU RONG LIN,

    Petitioner,

-vs-                                                  Case No. 8:08-cv-1865-T-30TBM

MICHAEL B. MUKASEY, ATTORNEY
GENERAL OF THE UNITED STATES, et al.,

    Respondents.
_____/

## O R D E R

BEFORE the Court is the Respondents' Motion to Dismiss For Mootness (Dkt. 17). Respondents inform the Court that Petitioner was removed to China on December 15, 2008. Because the relief Petitioner sought in his petition was to be free from indefinite detention pending his repatriation (Dkt. 1 at 9), his petition is now moot.

Upon consideration, the Government's motion to dismiss is **GRANTED** (Dkt. 17). This case is hereby DISMISSED. The Clerk shall terminate all pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 1, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc
Copies to:
Petitioner pro se
Counsel of Record

F:\Docs\2008\08-cv-1865.dismiss 17.wpd